
UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRAND JURY B-14-1

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:15CR131(MPS) |
| v. | VIOLATIONS: |
| KRISTIAN SAUCIER | 18 U.S.C. § 793 (Unauthorized Retention of Defense Information) |
| | 18 U.S.C. § 1519 (Obstruction of Justice) |

INDICTMENT

United States District Court
District of Connecticut
FILED AT   BRIDGEPORT
7/23/2015
Roberta D. Tabora, Clerk
By _____
Deputy Clerk

The Grand Jury charges:

## COUNT ONE
### (Unauthorized Retention of Defense Information)

From on or about January 19, 2009, through in or about March 2012, in the District of Connecticut and elsewhere, the defendant KRISTIAN SAUCIER, having unauthorized possession of information relating to the national defense, to wit, six photographs of classified sections of the *U.S.S. Alexandria*, a *Los Angeles*-class nuclear attack submarine, which information the defendant had reason to believe could be used to the injury of the United States and to the advantage of any foreign nation, did willfully retain the same and fail to deliver it to the officer or employee of the United States entitled to receive it, all in violation of Title 18, United States Code, Section 793(e).

## COUNT TWO
### (Obstruction of Justice)

From on or about July 16, 2012, to on or about a date unknown but not later than October 31, 2012, in the District of Connecticut and elsewhere, the defendant KRISTIAN SAUCIER did

1

knowingly destroy, mutilate and conceal a tangible object, that is, a laptop computer, with the intent to impede, obstruct and influence the investigation of a matter within the jurisdiction of the Federal Bureau of Investigation and the Naval Criminal Investigative Service, both agencies of the United States, all in violation of Title 18, United States Code, Section 1519.

A TRUE BILL.

/s/
FOREPERSON

DEIRDRE M. DALY
UNITED STATES ATTORNEY

VANESSA RICHARDS
ASSISTANT UNITED STATES ATTORNEY

JACABED RODRIGUEZ-COSS
ASSISTANT UNITED STATES ATTORNEY